

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID COLEY,

    Plaintiff,

v.                                                  Civil Action No. **3:07CV246**

LT. COL. BURNETT,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on May 15, 2007, the Court conditionally docketed Plaintiff's action. On June 4, 2007, the May 15, 2007 Memorandum Order was returned to the Court by the United States Postal Service marked, "Return to Sender" and "ATTEMPTED, NOT KNOWN." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    It is so ORDERED.

/s/
Richard L. Williams
United States District Judge

Date: JUL 1 8 2007
Richmond, Virginia